UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

B J ENERGY SOLUTIONS, LLC           CIVIL ACTION NO. 23-cv-796

VERSUS           JUDGE DONALD E. WALTER

RIALS TOWING, INC           MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

BJ Energy Solutions, LLC ("BJ") filed this civil action in state court, and defendant Rials Towing, Inc. removed the case based on an assertion of diversity jurisdiction. The clerk of court issued a notice directing BJ to file a Diversity Jurisdiction Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1. The notice gave instructions for alleging the citizenship of an LLC by naming every member of the LLC and alleging each member's citizenship with specificity.

BJ filed its statement (Doc. 9) and traced its members through several layers of LLCs. The final LLC is CSL Completions Co-Invest Advisers, LLC. BJ alleges that the "managing member" of CSL is Charles Leykum. The notice does not state whether Leykum is the sole member of the LLC. BJ must file an amended Diversity Jurisdiction Disclosure Statement that clarifies whether Leykum is the sole member of the LLC. If there are other members, BJ must identify them and allege their citizenship.

BJ's statement goes on to allege that Leykum is "a Texas resident." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone is not sufficient. Midcap Media Finance, LLC v. Pathway

<u>Data, Inc.</u>, 929 F.3d 310, 313 (5th Cir. 2019. BJ's amended Diversity Jurisdiction Disclosure Statement must allege the state in which Leykum is domiciled.

BJ's amended Diversity Jurisdiction Disclosure statement must be filed no later than **July 14, 2023**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of July, 2023.

_____
Mark L. Hornsby
U.S. Magistrate Judge